# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 3:01-cr-01162-JLS |
|---|---|
| Plaintiff, | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT** |
| v. | |
| ROBIN J. MCPHERSON, | |
| Defendant. | |

Pursuant to joint motion and good cause appearing, the Court continues the upcoming Motion Hearing/Trial Setting from August 12, 2022, to October 14, 2022 at 1:30 p.m. since the failure to continue would stop further proceedings or result in miscarriage of justice, pursuant to 18 U.S.C. § 3161(h)(7)(a) & (b)(1).

**SO ORDERED.**

Dated: 08/05/2022

*Janis L. Sammartino*
JANIS L. SAMMARTINO, Judge
United States District Court