# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 3:01-cr-01162-JLS |
|---|---|
| Plaintiff, | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT** |
| v. | |
| ROBIN J. MCPHERSON, | |
| Defendant. | |

Pursuant to joint motion and good cause appearing, the Court continues the upcoming Motion Hearing/Trial Setting from October 14, 2022, to December 16, 2022, at 1:30 p.m.  For the reasons set forth in the joint motion, time is excluded 18 U.S.C. § 3161(h)(7)(a) & (b)(1).

**SO ORDERED.**

DATED: September 28, 2022

Honorable Janis L. Sammartino
United States District Judge